DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EUGENE COOPER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-1634

[October 20, 2022]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott Suskauer, Judge; L.T. Case No. 50-2008-CF-004050-AXXX-MB.

Eric J. Volz, West Palm Beach, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and FORST, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***